Andrew THOMAS, Respondent,

v.

ASAAD, INC., d/b/a Tony's Food Market and Minnesota Assigned Risk Plan/Berkley Administrators, Relators,

and

Michael A. Appleman, M.A./University Avenue Psychological Center, and John K. Valenti, D.C./Town Center Chiropractic, Intervenors,

and

Noran Neurological Clinic, Potential Intervenor/Medical Provider.

No. C5-98-1759.

Supreme Court of Minnesota.

Dec. 15, 1998.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 16, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Joan Ericksen Lancaster
Joan Ericksen Lancaster
Associate Justice